AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 22-875M (NJ) | Date and time warrant executed: 5/11/2022, 1:30pm CST | Copy of warrant and inventory left with: Charter Communications, Inc. |
|---|---|---|
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name(s) of any person(s) seized:

On July 27, 2022, Charter Communications, Inc. produced records, as specified in Attachment B of the search warrant, for Charter account 8260130364407299. Charter indicated it does not retain user browsing/search history, and therefore, had no responsive records to the items specified in Attachment B, section I, subsection B, of the search warrant.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/27/2022

_____
Executing officer's signature

Eric R. Burns, Special Agent
Printed name and title