UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF INFORMATION
ASSOCIATED WITH CHARTER ACCOUNT
8260130364407299 THAT IS STORED AT PREMISES
CONTROLLED BY CHARTER COMMUNICATIONS, INC.

Case No. 22-875M(NJ)

**GOVERNMENT'S MOTION TO EXTEND SEAL OF
SEARCH WARRANT, APPLICATION, AND AFFIDAVIT**

The United States of America requests that this Court seal all materials, including the search warrant, application, and affidavit, filed or issued under the above-captioned case number, for a period of one year. In support of this motion, the government states the following:

1. On May 10, 2022, the government submitted an application for a search warrant under the above-captioned case number. The application for the warrant was supported by an affidavit that described the government's investigation to date and facts supporting probable cause to issue the warrant.

2. On May 11, 2022, this Court issued the requested warrant. The warrant packet was issued based on the application of SA Eric Burns of the Federal Bureau of Investigations (FBI), and included an affidavit to the search warrant.

3. Agent executed the search warrant on May 11, 2022. The warrant was returned on July 27, 2022. An Motion and Order to Seal the search warrant packet was signed on August 3, 2022 and has since expired.

4. The government's investigation of this matter is ongoing. Disclosure of the search warrant materials would jeopardize the investigation by disclosing the details of facts known to the government, including the identities of subjects of the investigation, and the investigative strategy to date. Disclosure of the search warrant materials would also jeopardize the investigation by potentially allowing the subject of the investigation to destroy or tamper with evidence. For those reasons, the government respectfully requests that all materials filed or issued under the

above-captioned case number, including this motion and related order, be sealed for a period of one year, or until further order by the Court, except as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or as required by federal statute or the Rules of Criminal Procedure.

Respectfully submitted, this 4th day of August 2023.

RICHARD G. FROHLING
United States Attorney

By /s/ Christopher J. Ladwig
CHRISTOPHER J. LADWIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF INFORMATION
ASSOCIATED WITH CHARTER ACCOUNT
8260130364407299 THAT IS STORED AT PREMISES
CONTROLLED BY CHARTER COMMUNICATIONS, INC.

Case No. 22-875M(NJ)

## ORDER TO EXTEND SEAL OF
## SEARCH WARRANT, APPLICATION, AND AFFIDAVIT

Upon consideration of the government's motion to seal all search warrant-related materials filed or issued under the above-captioned case number for a period of one year, the Court finds that this matter is appropriately kept under seal and, therefore, **ORDERS** that the Clerk of Court seal all documents filed or issued under the above-captioned case number for a period of one year, or until further order of the Court.

This Order does not prohibit law enforcement from disclosing the search warrant-related materials as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or as required by federal statute or the Rules of Criminal Procedure.

Dated at Milwaukee, Wisconsin this 7th day of August 2023.

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge

## Return

| Case No.: 22-875M (NJ) | Date and time warrant executed: 5/11/2022, 1:30 pm CST | Copy of warrant and inventory left with: Charter Communications, Inc. |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

On July 27, 2022, Charter Communications, Inc. produced records, as specified in Attachment B of the search warrant, for Charter account 8260130364407299. Charter indicated it does not retain user browsing/search history, and therefore, had no responsive records to the items specified in Attachment B, section I, subsection B, of the search warrant.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/27/2022

_____
Executing officer's signature

Eric R. Burns, Special Agent
*Printed name and title*